**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-02146-ZLW

BURTON SANDLES,

    Plaintiff,

v.

DENVER DOWNTOWN CORRECTIONAL FACILITY,
CHIEF KEILER,
MAJOR CONNER, and
CAPTAIN McCALL,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    Plaintiff's "Amended Motion for Reconsideration" filed on November 9, 2010, is DENIED because it is not clear what relief Plaintiff seeks in this action.  Plaintiff does not identify any order entered in this action that he is asking the Court to reconsider.

Dated:  November 10, 2010