**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-02146-ZLW

BURTON SANDLES,

    Plaintiff,

v.

DENVER DOWNTOWN CORRECTIONAL FACILITY,
CHIEF KEILER,
MAJOR CONNER, and
CAPTAIN McCALL,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    Plaintiff's "Second Amended Motion for Reconsideration" filed on December 9, 2010, is DENIED for reasons previously explained to him: a motion to reconsider is not a new opportunity to advance arguments that could have been raised previously. Plaintiff is reminded, however, that the instant action was dismissed without prejudice. Therefore, if Plaintiff wishes to pursue his claims, he may do so by filing a new action.

Dated:  December 10, 2010